

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-1482
Re: Traveling expenses for the Texas Prison
System, under Senate Bill 427, Acts of
the 46th Legislature, Regular Session.

This will acknowledge receipt of your letter of
September 21, 1939, wherein you ask the opinion of this
department upon the following question:

"Upon examining the 'Maintenance and Miscel-
laneous' appropriation for the Texas Prison System
I fail to find a specific appropriation for travel-
ing expenses. Item 12 reads, as follows:

"'General Support and Maintenance; also in-
cludes transportation, recapture, contingent ex-
penses and liability insurance premiums . . .
$375,000.00.'

"Is the language used in this appropriation
sufficient to permit me to pass for payment travel-
ing expense accounts in which meals and lodging
are included?"

This question is answered in the affirmative, be-
ing ruled by the conference opinion numbered 3089, addressed
to you by this department several days ago. Since there is
no specific item in the appropriation for the Texas Prison
System providing traveling expenses, under the holding made
in the conference opinion above referred to, the item for
"contingent expenses," providing for those expenditures of

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. George H. Sheppard, Page 2.

the Department for which specific provision has not other-
wise been made, is available for traveling expenses of the
Department.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By R. W. Fairchild

R. W. Fairchild
Assistant

RWF:pbp APPROVED OCT 7, 1939

FIRST ASSISTANT
ATTORNEY GENERAL



APPROVED
OPINION
COMMITTEE

BY
CHAIRMAN